JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRIGORII DURALEV, | Case No. CV 22-4927 FMO (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the Order Re: Motion to Dismiss, IT IS ADJUDGED that the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 15th day of November, 2023.

/s/
Fernando M. Olguin
United States District Judge